# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KEITH ODARALL STOKES                                                    PLAINTIFF

v.                              No. 4:19-cv-695-DPM

CITY OF NORTH LITTLE
ROCK CODE ENFORCEMENT                                                   DEFENDANT

## ORDER

Stokes's motion to proceed *in forma pauperis*, № 1, is denied. He owns his own home and receives approximately $3,000 a month in disability benefits. He has not listed any monthly expenses, № 1 at 2, though he undoubtedly has some. The Court concludes that he can pay the $400 filing fee. He must do so by 11 November 2019 or the Court will dismiss his complaint without prejudice. The Court also notes that subject matter jurisdiction in this code-enforcement dispute is doubtful on the facts pleaded — no federal question is plausibly alleged.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 October 2019