# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KEITH ODARALL STOKES                                    PLAINTIFF

v.                      No. 4:19-cv-695-DPM

CITY OF NORTH LITTLE
ROCK CODE ENFORCEMENT                                   DEFENDANT

## ORDER

Stokes hasn't paid the filing fee and his time to do so has passed. № 4. His complaint will be dismissed without prejudice for failure to prosecute. Motion for counsel, № 3, denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 November 2019